September 16, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

VENTURE COTTON COOPERATIVE AND NOBLE AMERICAS
CORPORATION, Appellants

NO. 14-13-00808-CV                    V.

GEORGE NEUDORF, Appellee

_____

     This cause, an appeal from an order denying VENTURE COTTON COOPERATIVE AND NOBLE AMERICAS CORPORATION'S motion to confirm the arbitration award, signed August 23, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in refusing to confirm the arbitration award. We therefore **REVERSE** the trial court's order denying VENTURE COTTON COOPERATIVE AND NOBLE AMERICAS CORPORATION'S motion to confirm the arbitration award and **RENDER** judgment confirming the arbitration award.

     We further order that all costs incurred by reason of this appeal be paid by appellee, GEORGE NEUDORF.

     We further order this decision certified below for observance.